1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>　　　　Plaintiff,<br>v.<br><br>NGUYEN HOI AND DOES 1-20, d/b/a PORNEZ.net,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00349-CBM-PVCx<br><br>**PERMANENT INJUNCTION** |

1

The Court having considered the Complaint, Entry of Default and Motion for Default Judgment as to Defendant Nguyen Hoi ("Motion"), and the pleadings and papers presented in connection with Motion, finds as follows:

1. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant Nguyen Hoi pay to Plaintiff MG Premium Ltd. the sum of $117,270,000 in statutory damages on the cause of action for Copyright Infringement;
2. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant Nguyen Hoi pay to Plaintiff MG Premium Ltd. its attorney's fees of $4,002.67 and costs of suit of $667.87 for a total of $4,670.47;
3. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant and his respective agents, servants, and employees, and any other persons or entities acting on his behalf shall be permanently enjoined from infringing upon any of Plaintiff's copyrighted works.

The Court shall retain jurisdiction over this action for the purpose of enforcing this final Judgment.

**IT IS SO ORDERED.**

DATED: NOVEMBER 6, 2023

CONSUELO B. MARSHALL  
UNITED STATES DISTRICT JUDGE