|   |   |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>        Plaintiff<br><br>  vs.<br><br>NGUYEN HOI AND DOES 1-20, d/b/a PORNEZ.net<br><br>        Defendants. | Case No. 2:23-cv-00349-CBM-PVC<br><br>**[PROPOSED] AMENDED JUDGMENT**<br><br>Date: January 9, 2024<br>Time: 10:00 AM<br>Judge: Honorable Consuelo B. Marshall<br>Courtroom: 8D or 9B (350 W. 1st Street) |

The Court having considered the Motion to Amend or Alter Defauilt Judgment as to Defendant Nguyen Hoi, dba PornEZ.net, ("Motion"), and the pleadings and papers presented in connection with Motion, finds as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion is GRANTED. The Court finds as follows:

1. The Judgment filed November 6, 2023 (Dkt. No. 36) (styled as a Permanent Injunciton in the caption) is amended as follows:

It is hereby **ORDERED, ADJUDGED and DECREED** that Verisign, Inc.

> and any other registries and registrars of the domain name PornEZ.net, shall (i) make the web site and any other content located that the domain name inaccessible to the public; (ii) transfer the domain PornEZ.net to MG Premium Ltd, including changing the registrar of record to the registrar selected by MG Premium Ltd at MG Premium Ltd's reasonable expense; and (iii) after the transfer, reenable the domain name so that MG Premium Ltd may fully control and use the domain name.

**IT IS SO ORDERED.**

Dated:                                      By:_____

                                            Honorable Consuelo B. Marshall

Dated: November 20, 2023              Respectfully Submitted,

**KARISH & BJORGUM, PC**

*/s/ A. Eric Bjorgum*
A. Eric Bjorgum, State Bar No. 198392
119 E. Union St., Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
Email: Eric.bjorgum@kb-ip.com

Attorneys for Plaintiff MG Premium Ltd.