1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>    Plaintiff,<br>v.<br>NGUYEN HOI AND DOES 1-20, d/b/a PORNEZ.net,<br><br>    Defendants. | Case No.: 2:23-cv-00349-CBM-PVCx<br><br>**AMENDED PERMANENT INJUNCTION** |

The Court having considered the Complaint, Entry of Default, Motion for Default Judgment as to Defendant Nguyen Hoi, Motion to Alter or Amend The Default Judgment Entered Against Defendant, Declaration of Allison Runnels on behalf of Verisign, Inc., and the pleadings and papers presented in connection with Plaintiff's Motions, finds as follows:

1. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant Nguyen Hoi pay to Plaintiff MG Premium Ltd. the sum of $117,270,000 in statutory damages on the cause of action for Copyright Infringement;

2. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant Nguyen Hoi pay to Plaintiff MG Premium Ltd. its attorney's fees of $4,002.67 and costs of suit of $667.87 for a total of $4,670.47;

3. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant and his respective agents, servants, and employees, and any other persons or entities acting on his behalf shall be permanently enjoined from infringing upon any of Plaintiff's copyrighted works.

4. It is hereby **ORDERED, ADJUDGED and DECREED** that Verisign, Inc. and any other registries and registrars of the domain name PornEZ.net, shall (i) make the web site and any other content located that the domain name inaccessible to the public; (ii) transfer the domain PornEZ.net to MG Premium Ltd, including changing the registrar of record to the registrar selected by MG Premium Ltd at MG Premium Ltd's reasonable expense; and (iii) after the transfer, reenable the domain name so that MG Premium Ltd may fully control and use the domain name.

/ / /

/ / /

/ / /

/ / /

1 | The Court shall retain jurisdiction over this action for the purpose of
2 | enforcing this final Judgment.

**IT IS SO ORDERED.**

DATED: APRIL 30, 2024

                                    HON. CONSUELO B. MARSHALL
                                    UNITED STATES DISTRICT JUDGE