UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>　　　　Plaintiff,<br>v.<br><br>NGUYEN HOI AND DOES 1-20, d/b/a PORNEZ.net,<br><br>　　　　Defendants. | Case No.:  2:23-cv-00349-CBM-PVCx<br><br>**ORDER RE: PLAINTIFF MG PREMIUM LTD.'S MOTION TO ALTER OR AMEND DEFAULT JUDGMENT  [37]** |

The matter before the Court is Plaintiff Mg Premium Ltd.'s ("Plaintiff") Motion To Alter or Amend The Default Judgment Entered Against Defendant Nguyen Hoi ("Defendant") filed on July 9, 2023.  (Dkt No. 37.)  Plaintiff now files the Declaration of Allison Runnels ("Runnels Dec."), Director and Senior Corporate Counsel at Verisign, Inc. ("Verisign").  (Dkt. No. 41.)  Runnels declares that it is Verisign's practice to comply with Court Orders that direct it to take actions that are within its technical capabilities, such as those that direct Verisign to change the registrars of record for domain names.  (Runnels Decl. ¶ 2.)  Runnels further declares that Verisign will effectuate this Court's Order involving the domain name <pornez.net> that direct it to take actions that are within its

1

technical capabilities, even though Verisign is not a named party in this action. Accordingly, Plaintiff's Motion to Alter or Amend the Default Judgment is **GRANTED**. The Court will issue an amended injunction herewith directing Verisign to transfer Defendant's domain name to Plaintiff.

**IT IS SO ORDERED.**

DATED: APRIL 30, 2024

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE